## 174 MATTER OF WEBB.

In the Matter of the Estate of Margaret E. Johnson, *Deceased.* Order appointing temporary administrator reversed, with costs. Opinion by Dykman, J.

John D. McCaffrey, *Appellant, v.* The Atlantic Avenue Railroad Company, *Respondent.* — Judgment affirmed, with costs. Opinion by Pratt, J.

John Mackey and others, *Appellants, v.* Lucretia M. Vanderhoff and others, *Respondents.* — Decree of surrogate refusing probate reversed, and issues ordered to be tried by a jury in Queens county, whether will was duly executed or obtained by fraud or undue influence. Opinion by Barnard, P. J.

Ellen J. Dowd, *Respondent, v.* James Fitzpatrick, *Appellant.* — Judgment affirmed with costs. Opinion by Dykman, J.

Theodore B. Gates, *Appellant, v.* Henry E. Young and others, *Respondents.* — Order affirmed wih costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Charles S. Humphrey, *Respondent, v.* George Scissin, *Appellant.* — Judgment reversed and new trial granted at circuit. Opinion by Pratt, J.

Robert Rogers, *Executor, etc., Respondent, v.* Augustus L. Case and others, *Appellants.* — Judgment reversed, and will so construed as to pass the portion in dispute under general residuary clause; costs to all parties out of the fund. Opinions by Barnard, P. J., and Dykman, J.

Charles Kirchner, *Respondent, v.* Abraham P. Black, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Annie E. Cornell, *Respondent, v.* Augustus H. Ward, *Appellant.* — Judgment affirmed with costs. Opinion by Dykman, J.

William Doyle, *Respondent, v.* Charles H. Mead and another, *Appellants.* — Judgment of County Court affirmed with costs. Opinion by Barnard, P. J.

William Owens, *Respondent, v.* Joshua T. Cromwell, *Appellant.* — Judgment affirmed, with costs. Opinion by Pratt, J.

William H. Argall, *Plaintiff, v.* Joseph Bachrach, *Defendant.* Judgment for defendant on submitted case. Opinions by Barnard, P. J., and Pratt, J.

Matter of Application of Henry Frost to Disbar Henry Dailey, Jr. — Petition dismissed. Opinion by Barnard, P. J.

In the Matter of the Charge Preferred Against J. Edward Webb. — Referred to Charles B. Herrick to take proofs and report at next General Term. Copies of charges to be served and fourteen days' notice to be given before the referee after service of charges. Baker and Minchaurer assigned to prosecute.